FILED
CLERK, U.S. DISTRICT COURT

JUL 19 2019

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY



1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    Case No.: LACR12-00260-DMG-6
                                     )
            Plaintiff,               )    ORDER OF DETENTION PENDING
12                                   )    FURTHER REVOCATION
            v.                       )    PROCEEDINGS
13  TARON ANDERSON,                  )    (FED. R. CRIM. P. 32.1(a)(6); 18
                                     )    U.S.C. § 3143(a)(1))
14                                   )
            Defendant.               )
15  _____)

16        The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the CENTRAL District of

18  CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or

19  supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A.  (X)   The defendant has not met his/her burden of establishing by clear and

23            convincing evidence that he/she is not likely to flee if released under 18

24            U.S.C. § 3142(b) or (c).  This finding is based on the following:

25            (X)   information in the Pretrial Services Report and Recommendation

26            (X)   information in the violation petition and report(s)

27            (X)   the defendant's nonobjection to detention at this time

28            ( )   other:

1

1  and/ or

2  B. (X)  The defendant has not met his/her burden of establishing by clear and

3       convincing evidence that he/she is not likely to pose a danger to the

4       safety of any other person or the community if released under 18 U.S.C.

5       § 3142(b) or (c).  This finding is based on the following:

6          (X)  information in the Pretrial Services Report and Recommendation

7          (X)  information in the violation petition and report(s)

8          (X)  the defendant's nonobjection to detention at this time

9          ( )  other:

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: July 19, 2019

          KENLY KIYA KATO
15          United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2